AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
)
Priority Mail parcel label number 9505514350379213166207, postmarked ) 3:19 mj 437
August 1, 2019, weighing 5 pounds 8.6 ounces, addressed to Angelica Leon, )
1043 Campbell Ave, New Carlisle, OH 45344 with a return address of ) MICHAEL J. NEWMAN
Juana Leon, 655 Park Dr, Dixon, CA 95620 )

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 AUG -5 PM 3: 13
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Priority Mail Parcel Label Number 9505514350379213166207

located in the        Southern        District of        Ohio        , there is now concealed *(identify the person or describe the property to be seized):*
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Possession with intent to distribute a controlled substance<br>Conspiracy to distribute a controlled substance<br>Use of a communication facility to commit a felony |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector Dorman

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brad M. Dorman, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/5/19

*Judge's signature*

City and state: Dayton, Ohio

Honorable Michael J. Newman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON, OHIO

STATE OF OHIO )
) SS
COUNTY OF MONTGOMERY )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, BRAD M. DORMAN, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain characteristics and/or circumstances indicating that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors are emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On August 5, 2019, U.S. Postal Inspectors intercepted a package (hereinafter, the "Package") at the New Carlisle Post Office in New Carlisle, OH. The Package is a white USPS Priority Mail box, bearing tracking number 9505514350379213166207, weighing 5 pounds 8.6 ounces, postmarked August 1, 2019, with the following address information:

**Sender**: Juana Leon
655 Park Dr
Dixon, CA 95620

**Addressee**: Angelica Leon
1043 Campbell Ave
New Carlisle, OH 45344

Through training and experience, I am aware that the Northern California area is a known drug source location.

I did a check in CLEAR of the addressee's information on the Package of Angelica Leon, 1073 Campbell Ave, New Carlisle, OH 45344. CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is an "Angelica Leon" associated with 1073 Campbell Ave, New Carlisle, OH 45344.

I also did a check in CLEAR of the sender's information on the Package of Juana Leon, 655 Park Dr, Dixon, CA 95620. According to CLEAR, "Juana Leon" is not associated with 655 Park Dr, Dixon, CA 95620. However, CLEAR does show a "Juana Reyes" associated with 655 Park Dr, Dixon, CA 95620.

Later on August 5, 2019, at my request, Detective Anthony Hutson of the Montgomery County Sheriff's Office conducted a narcotics-detection canine check of the Package. I was present for the check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Gunner." As set forth in the attached affidavit of Detective Hutson, "Gunner" alerted positively to the presence or odor of a narcotic or other controlled substance.

Based on my training and experience as a United States Postal Inspector, the Package's address information, the Package being sent from a known drug source location, the absence of a known association between the sender and the sender's address, and the positive alert of the narcotics-detection canine are indicative of Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Brad M. Dorman
U.S. Postal Inspector

Subscribed and sworn to and before me this 5th day of August, 2019.

Honorable Michael J. Newman
United States Magistrate Judge

3



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer/Deputy **ANTHONY HUTSON**, am and have been employed by the **MONTGOMERY CO. S.O.** since **1998**. Among other duties, I am currently the assigned handler of narcotics detection canine "**GUNNER**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **8.5.19**, at the request of Postal Inspector **DORMAN**, I responded to the **USPIS office Dayton, OH**, where "**GUNNER**" did alert to and indicate upon: [describe item] **9505 5143 5037 9213 1662 03, addressed to Angelica Leon, 1048 Campbell Ave, New Carlisle, OH 45344, with a return address of Juana Leon, 655 Asic Dr, Dixon, CA 95620.**

Which, based upon my training and experience and that of "**GUNNER**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_[Signature]_ 101 8.5.19
(Signature, Badge #, and Date)

_[Signature]_ 8/5/19
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009